UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TING QIU QIU, JIAN WEI DENG, YU BO SU, ZHAOBANG BAI, and SHAOHONG ZENG, individually and on behalf of others similarly situated,

Plaintiffs,

-against-

SHANGHAI CUISINE, INC. d/b/a Shanghai Cuisine Bar & Restaurant, R & M CENTURY, INC. d/b/a Shanghai Cuisine Bar & Restaurant, JOHN DOE CORPORATION, JONATHAN HO, NA SUN, JIJIE HONG, WING JING LAU, JOSEPHINE FENG, and CHENWEN HO,

Defendants.

**ORDER**

18 Civ. 5448 (ER)

Ramos, D.J.:

On November 14, 2019, the Court conditionally certified a FLSA collective of non-exempt, non-managerial employees that worked for Defendants from July 10, 2015 to the present, within twenty-one days of the entry of the Order. Doc. 55. In that same Order, Plaintiffs were directed to submit a revised notice and consent form by November 22, 2019. *Id.* Plaintiffs missed that deadline but requested leave to comply with the Court's Order on December 18, 2019. Doc. 61. The Court granted that request, Doc. 62, and Plaintiffs submitted the revised notice and consent form on the same day, Doc. 63.

The Court APPROVES the revised form and GRANTS Plaintiffs leave to disseminate the notice to potential class members. Within seven days, Defendants are directed to post the approved notice in all relevant languages in a conspicuous and unobstructed location likely to be seen by all currently employed potential collective members throughout the opt-in period.

SO ORDERED.

Dated: December 19, 2019
      New York, New York

                                                   Edgardo Ramos, U.S.D.J.