UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/13/2020

------------------------------------------------------------------x

TING QIU QIU,
JIAN WEI DENG,
YU BO SU,
ZHAOBANG BAI, and
SHAOHONG ZENG,
*on their own behalf and on behalf of others similarly situated,*

                       Plaintiffs,

v.

SHANGHAI CUISINE, INC.
     d/b/a Shanghai Cuisine Bar & Restaurant,
R & M CENTURY, INC.
     d/b/a Shanghai Cuisine Bar & Restaurant,
JOHN DOE CORPORATION,
JONATHAN HO,
NA SUN,
JIJIE HONG,
WING JING LAU,
JOSEPHINE FENG, and
CHENWEN HO,

                       Defendants.

------------------------------------------------------------------x

Case No. 1:18-cv-05448-ER

~~[PROPOSED]~~
**JUDGMENT**

      This action was commenced in the Southern District of New York on June 17, 2018 with the filing of the Complaint.

      The Summons to the Complaint was issued on July 27, 2018 and Defendants SHANGHAI CUISINE, INC. d/b/a Shanghai Cuisine Bar & Restaurant, R & M CENTURY, INC. d/b/a Shanghai Cuisine Bar & Restaurant, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG were served on August 2, 2018, and proof of service was filed with the same day pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure.

      Plaintiffs filed a request for certificate of default on December 18, 2019, which request was granted later that day.

Now, on motion of Troy Law, PLLC, attorneys for Plaintiffs, it is hereby ORDER, ADJUDGED, and DECREED as follows:

That Plaintiff TING QIU QIU has judgment jointly and severally against Defendants SHANGHAI CUISINE, INC. d/b/a Shanghai Cuisine Bar & Restaurant, R & M CENTURY, INC. d/b/a Shanghai Cuisine Bar & Restaurant, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG in the amount of $148,507.43, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from June 1, 2016 to entry of judgment, in the amount of $16,712.22, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiff JIAN WEI DENG has judgment jointly and severally against Defendants SHANGHAI CUISINE, INC. d/b/a Shanghai Cuisine Bar & Restaurant, R & M CENTURY, INC. d/b/a Shanghai Cuisine Bar & Restaurant, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG in the amount of $234,625.51, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from April 26, 2014 to entry of judgment, in the amount of $37,738.94, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiff YU BO SU has judgment jointly and severally against Defendants SHANGHAI CUISINE, INC. d/b/a Shanghai Cuisine Bar & Restaurant, R & M CENTURY, INC. d/b/a Shanghai Cuisine Bar & Restaurant, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG in the amount of $102,809.71, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment

interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from December 10, 2016 to entry of judgment, in the amount of $10,314.88, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiff ZHAOBANG BAI has judgment jointly and severally against Defendants SHANGHAI CUISINE, INC. d/b/a Shanghai Cuisine Bar & Restaurant, R & M CENTURY, INC. d/b/a Shanghai Cuisine Bar & Restaurant, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG in the amount of $36,231.41, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from August 21, 2017 to entry of judgment, in the amount of $2,441.90, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiff SHAOHONG ZENG has judgment jointly and severally against Defendants SHANGHAI CUISINE, INC. d/b/a Shanghai Cuisine Bar & Restaurant, R & M CENTURY, INC. d/b/a Shanghai Cuisine Bar & Restaurant, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG in the amount of $39,440.94, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from June 15, 2017 to entry of judgment, in the amount of $2,860.79, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiffs are entitled to recover $37,666.00 in legal fees and $5,949.67 in costs jointly and severally from Defendants, SHANGHAI CUISINE, INC. d/b/a Shanghai Cuisine Bar & Restaurant, R & M CENTURY, INC. d/b/a Shanghai Cuisine Bar & Restaurant, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL §198(4).

IT IS SO ORDERED.

Dated: New York, NY

_____Feb._____ 13 , 20 20

_____
Hon. Edgardo Ramos, U.S.D.J.