UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TING QIU QIU, JIAN WEI DENG, YU BO SU, ZHAOBANG BAI, and SHAOHONG ZENG,

          Plaintiffs,

– against –

NA SUN, UNITED RESTAURANT GROUP, INC., CHENWEN HO, SHANGHAI CUISINE, INC., R & M CENTURY, INC., JIJIE HONG, WING JING LAU, and JOSEPHINE FENG,

          Defendants.

**ORDER**

18 Civ. 5448 (ER)

RAMOS, D.J.:

    On March 18, 2022, Plaintiffs informed the Court of the tragic passing of counsel for defendants Chenwen Ho and Na Sun. Doc. 136. Plaintiffs are hereby directed to serve the attached order on defendants' counsel's law firm.

    Defendants Ho and Sun are directed to inform the Court by April 15, 2022 as to whether they intend to be represented by another attorney from the same law firm through *pro hac vice* admission, seek new counsel, or proceed in this matter *pro se*. If proceeding *pro se*, Ho and Sun are directed to update the Court with their contact information. For assistance, Ho and Sun may call the Court's Pro Se Intake Unit at 212-805-0175.

    SO ORDERED.

Dated:   March 18, 2022
           New York, New York

                                              Edgardo Ramos, U.S.D.J.