UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TING QIU QIU, JIAN WEI DENG, YU BO SU, ZHAOBANG BAI, and SHAOHONG ZENG, *on their behalf and on behalf of others similarly situated*,

                Plaintiffs,

– *against* –

NA SUN, UNITED RESTAURANT GROUP, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, CHENWEN HO, *also known as* Jonathan Ho, SHANGHAI CUISINE, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, R & M CENTURY, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG,

                Defendants.

**ORDER**

18 Civ. 5448 (ER)

Ramos, D.J.:

      On March 18, 2022, the Court ordered defendants Ho and Sun to inform the Court by April 15, 2022, as to whether they intended to be represented by another attorney from the same law firm, seek new counsel, or proceed *pro se*. Doc. 137. The Court directed Plaintiffs to serve the order on Defendants' counsel's law firm. *Id.* Since then, neither an affidavit of service nor any other pleading has been filed by either party. Plaintiffs are directed to submit a status letter by October 22, 2022, and to either file an affidavit of service or provide information about the communications Plaintiffs have had with Defendants' counsel's law firm.

It is SO ORDERED.

Dated:   October 18, 2022
           New York, New York

                                                                         Edgardo Ramos, U.S.D.J.