UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TING QIU QIU, JIAN WEI DENG, YU BO SU, ZHAOBANG BAI, and SHAOHONG ZENG, *on their behalf and on behalf of others similarly situated*,

                 Plaintiffs,

– against –

NA SUN, UNITED RESTAURANT GROUP, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, CHENWEN HO, *also known as* Jonathan Ho, SHANGHAI CUISINE, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, R & M CENTURY, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG,

                 Defendants.

**ORDER**

18 Civ. 5448 (ER)

---

Ramos, D.J.:

      On October 18, 2022, after over six months of inactivity in this case, the Court instructed Plaintiffs to submit a status letter by October 22, 2022. Doc. 138. No status letter has been submitted as of the date of this Order.

      Plaintiffs are instructed to submit a status report by no later than November 7, 2022. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   October 31, 2022
            New York, New York

                                                                              EDGARDO RAMOS, U.S.D.J.