UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TING QIU QIU, JIAN WEI DENG, YU BO SU, ZHAOBANG BAI, and SHAOHONG ZENG, *on their behalf and on behalf of others similarly situated*,

           Plaintiffs,

– *against* –

NA SUN, UNITED RESTAURANT GROUP, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, CHENWEN HO, *also known as* Jonathan Ho, SHANGHAI CUISINE, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, R & M CENTURY, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG,

           Defendants.

**ORDER**

18-cv-5448 (ER)

R‍amos, D.J.:

On November 7, 2022, Plaintiffs filed a status report regarding the parties' communications in regard to this case.  Doc. 140.

By Friday, November 18, 2022, Defendants Ho and Sun are ordered to inform the Court whether they intend to be represented by a new attorney or proceed *pro se*.  If Ho and Sun intend to proceed *pro se*, they may call the Court's Pro Se Intake Unit at 212-805-0175.

Additionally, Plaintiffs are directed to update the Court regarding the status of discovery and to provide the Court with proposed next steps for proceeding in this matter.  Finally, counsel from the Law Offices of Jim Li & Associates, P.C., is directed to file their motion to withdraw, which was provided to Plaintiff's counsel but not otherwise filed with the Court.

The Clerk of Court is respectfully directed to mail a copy of this order to Ho and Sun's last known address:

80 Varick Street, Apartment 4B
New York, New York 10013

It is SO ORDERED.

Dated:   November 8, 2022
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.