UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TING QIU QIU, JIAN WEI DENG, YU BO SU, ZHAOBANG BAI, and SHAOHONG ZENG, *on their behalf and on behalf of others similarly situated*,

　　　　　　　　Plaintiffs,

– against –

NA SUN, UNITED RESTAURANT GROUP, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, CHENWEN HO, *also known as* Jonathan Ho, SHANGHAI CUISINE, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, R & M CENTURY, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG,

　　　　　　　　Defendants.

**ORDER**

18-cv-5448 (ER)

R<span></span>AMOS, D.J.:

　　On November 7, 2022, Plaintiffs filed a status report providing the Court with information regarding the parties' communications after the passing of Attorney Jim Li, counsel for Defendants Ho and Sun.  Doc. 140.  Thereafter, the Court ordered the parties to do the following by November 18, 2022:  (1) Defendants Ho and Sun were ordered to inform the Court whether they intended to be represented by a new attorney or proceed *pro se*; (2) Plaintiffs were directed to update the Court regarding the status of discovery and to provide the Court with next steps for proceeding in this matter; and (3) counsel from the Law Offices of Jim Li & Associates, P.C., were directed to file their motion to withdraw.  Doc. 141.

　　As of this date, none of the parties have complied with the Court's November 8, 2022, Order.  Doc. 141.  Accordingly, by Monday, December 12, 2022, Plaintiffs are directed to file a

status letter regarding the status of discovery and proposed next steps for proceeding in this matter.  Plaintiffs are further directed to serve the Court's November 8, 2022, Order, Doc. 141, and this Order on Jim Li & Associates, P.C., by December 12, 2022.  The Court reminds Plaintiffs that failure to comply with the Court's orders may result in sanctions, including dismissal for failure to prosecute under Rule 41(b).  *See* Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully directed to mail a copy of this order to Ho and Sun's last known address:

80 Varick Street, Apartment 4B
New York, New York 10013

Defendants Ho and Sun are advised that failure to comply with the Court's orders may result in sanctions, including the entry of default judgment against them.  *See* Fed. R. Civ. P. 55.

The parties are further notified that the Court will hold a Case Management Conference on Wednesday, December 21, 2022, at 10:30 a.m. via telephone.  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

It is SO ORDERED.

Dated:   December 7, 2022
         New York, New York

                                                         _____
                                                         EDGARDO RAMOS, U.S.D.J.