UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TING QIU QIU, JIAN WEI DENG, YU BO SU, ZHAOBANG BAI, and SHAOHONG ZENG, *on their behalf and on behalf of others similarly situated*,

Plaintiffs,

– against –

NA SUN, UNITED RESTAURANT GROUP, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, CHENWEN HO, *also known as* Jonathan Ho, SHANGHAI CUISINE, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, R & M CENTURY, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG,

Defendants.

**ORDER**

18-cv-5448 (ER)

Ramos, D.J.:

The hearing previously scheduled for July 25, 2023, at 2:30 PM is hereby rescheduled to Wednesday, August 9, 2023, at 9:30 AM. The parties shall appear in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is SO ORDERED.

Dated:   July 24, 2022
         New York, New York

EDGARDO RAMOS, U.S.D.J.