Austin McGee Manghan III
Attorney at Law
PO Box 501
Riverhead, New York 11901
Tel: (631) 949-4033
Fax: (631) 982-5100

**MEMO ENDORSED**

*Service by Facsimile Not Accepted*

August 6, 2023

Via ECF
Hon. Edgardo Ramos,
U.S.D.J. United States District Court
Southern District of New York
40 Foley Square New York, NY 10007

> The in-person Order to Show Cause hearing and conference scheduled for Wednesday, August 9, 2023, at 9:30 AM is rescheduled to Wednesday, September 6, 2023 at 10 AM. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: August 7, 2023
> New York, New York

Re:  1:18-cv-05448-ER Qiu et al v. Shanghai Cuisine, Inc. et al

Your Honor,

The undersigned represents defendants Chenwen Ho, a/k/a Jonathan Ho and Na Sun in the above referenced matter.

I have received notification of a pending Order to Show Cause hearing and conference scheduled for August 9, 2023 at 8:30 a.m.  Please be advised that I am unavailable on this date due to a prior family engagement and have notified opposing counsel accordingly and obtained their consent for this adjournment

I hereby request an adjournment on all pending matters to any of the following dates, Monday, 8/21/23, Tuesday. 8/22/23; Thursday 8/31/23, or Friday 9/1/23

Please advise if this is acceptable and if you require a letter motion from me.

Plaintiff's counsel is being copies on this email.

Respectfully,

*Austin M. Manghan, III*

Austin M. Manghan, III

cc:  Via email: troylaw@troypllc.com