UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TING QIU QIU, JIAN WEI DENG, YU BO SU, ZHAOBANG BAI, and SHAOHONG ZENG, *on their own behalf and on behalf of others similarly situated*,<br><br>                                  Plaintiffs,<br><br>                      -*against*-<br><br>NA SUN, UNITED RESTAURANT GROUP, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, CHENWEN HO, *also known as* JONATHAN HO, SHANGHAI CUISINE, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, R & M CENTURY, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG,<br><br>                                  Defendants. | **ORDER**<br><br>18-cv-05448 (ER) |

R<small>AMOS</small>, D.J.:

On December 15, 2023, Plaintiffs moved to compel Defendants Jonathan Ho and Na Sun to comply with the Court's order that they pay the publication costs of Plaintiffs' motion for conditional certification.  Doc. 180.  Plaintiffs also requested an award of attorney fees and costs associated with the drafting of the letter motion and the time spent on the matter.  *Id.*  The Court directed Defendants to respond to the motion by December 22, 2023.  Doc. 181.  Defendants failed to do so.  On January 4, 2024, the Court again directed Defendants to respond to the motion and set a new deadline of January 9, 2024.  Doc. 182.  The Court warned that failure to respond would result in the Court granting the motion as unopposed.  *Id.*  Again, Defendants did not respond.

Accordingly, Plaintiffs' motion to compel Defendants to pay the publication costs of Plaintiffs' motion for conditional certification is GRANTED. The Court will also award reasonable attorney fees and costs that counsel for Plaintiffs incurred in connection with the motion. Counsel for Plaintiffs shall submit records of their hours and costs associated with the motion by February 6, 2024.

The Clerk of Court is respectfully directed to terminate the motion, Doc. 180.

SO ORDERED.

Dated:  January 23, 2024
       New York, New York

_____
Edgardo Ramos, U.S.D.J.