UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TING QIU QIU, JIAN WEI DENG, YU BO SU, ZHAOBANG BAI, and SHAOHONG ZENG, *on their own behalf and on behalf of others similarly situated*,

      Plaintiffs,

-*against*-

NA SUN, UNITED RESTAURANT GROUP, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, CHENWEN HO, *also known as* JONATHAN HO, SHANGHAI CUISINE, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, R & M CENTURY, INC., *doing business as* SHANGHAI CUISINE BAR & RESTAURANT, JIJIE HONG, WING JING LAU, and JOSEPHINE FENG,

      Defendants.

**ORDER**

18-cv-05448 (ER)

RAMOS, D.J.:

  The order to show cause hearing will proceed as scheduled on December 6, 2024. Before that date, Plaintiffs are directed to correct the deficiencies identified by the Clerk of Court— namely, obtaining a clerk's certificate of default and filing the supporting documents separately.

  SO ORDERED.

Dated: November 1, 2024
    New York, New York

                   Edgardo Ramos, U.S.D.J.