UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
TING QIU QIU,
JIAN WEI DENG,
YU BO SU,
ZHAOBANG BAI, and
SHAOHONG ZENG,
*on behalf of themselves and others similarly situated,*

                         Plaintiffs,      Case No. 18-cv-05448 (ER)

          v.               **DEFAULT JUDGMENT**

SHANGHAI CUISINE, INC.
    d/b/a Shanghai Cuisine Bar & Restaurant,
R & M CENTURY, INC.
    d/b/a Shanghai Cuisine Bar & Restaurant,
UNITED RESTAURANT GROUP, INC.
    d/b/a Shanghai Cuisine Bar & Restaurant,
CHENWEN HO
    a/k/a Jonathan Ho,
NA SUN,
JIJIE HONG,
WING JING LAU, and
JOSEPHINE FENG,

                         Defendants.
---------------------------------------------------------------- x

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

    That Plaintiff TING QIU QIU has judgment jointly and severally against Defendants UNITED RESTAURANT GROUP, INC. d/b/a Shanghai Cuisine Bar & Restaurant, CHENWEN HO a/k/a Jonathan Ho, and NA SUN, in the amount of $148,507.43, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from June 1, 2016 to entry of judgment, in the amount of $113,992.68.

    That Plaintiff JIAN WEI DENG has judgment jointly and severally against Defendants UNITED RESTAURANT GROUP, INC. d/b/a Shanghai Cuisine Bar & Restaurant, CHENWEN

HO a/k/a Jonathan Ho, and NA SUN, in the amount of $234,625.51, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from April 26, 2014 to entry of judgment, in the amount of $224,469.12

That Plaintiff YU BO SU has judgment jointly and severally against Defendants UNITED RESTAURANT GROUP, INC. d/b/a Shanghai Cuisine Bar & Restaurant, CHENWEN HO a/k/a Jonathan Ho, and NA SUN, in the amount of $102,809.71, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from December 10, 2016 to entry of judgment, in the amount of $74,048.34

That Plaintiff ZHAOBANG BAI has judgment jointly and severally against Defendants UNITED RESTAURANT GROUP, INC. d/b/a Shanghai Cuisine Bar & Restaurant, CHENWEN HO a/k/a Jonathan Ho, and NA SUN, in the amount of $36,231.41, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from August 21, 2017 to entry of judgment, in the amount of $23,826.37.

That Plaintiff SHAOHONG ZENG has judgment jointly and severally against Defendants UNITED RESTAURANT GROUP, INC. d/b/a Shanghai Cuisine Bar & Restaurant, CHENWEN HO a/k/a Jonathan Ho, and NA SUN, in the amount of $39,440.94, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York

Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from June 15, 2019 to entry of judgment, in the amount of $19,489.23.

That Plaintiffs are entitled to recover $90,303.50 in fees, and $7,068.90 in costs jointly and severally from Defendants UNITED RESTAURANT GROUP, INC. d/b/a Shanghai Cuisine Bar & Restaurant, CHENWEN HO a/k/a Jonathan Ho, and NA SUN.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by N.Y. Lab. L. § 198(4).

The Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated: December 9, 2024
New York, NY

_____
Hon. Edgardo Ramos, U.S.D.J.